Michael A. MCNEIL, Plaintiff–
Appellant,

v.

FEDERAL NETWORK SYSTEMS, LLC, Defendant–Appellee.

No. 14–1082.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 22, 2014.

Michael A. McNeil, Appellant pro se. Menachem Lanner, John Edward McCann, Jr., Jessica Anna–Christina duHoffmann, Miles & Stockbridge, PC, Baltimore, Maryland, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. McNeil appeals the district court's order dismissing his civil action filed pursuant to 15 U.S.C. § 1673 (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, and dismiss the appeal for the reasons stated by the district court. *McNeil v. Federal Network Sys., LLC,* No. 1:13–cv–01501–WDQ, 2014 WL 269430 (D.Md. Jan. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*